IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR198 |
| vs. | ) | |
| EDWIN OKORONKWO and JULIE OKORONKWO, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant Julie Okoronkwo's Unopposed Motion to Continue Trial [54]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [54] is granted, as follows:

1. The jury trial, **for both defendants**, now set for August 6, 2024, is continued to **September 10, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 10, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: July 11, 2024

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge